JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THERESA BROOKE, | ) | Case No. CV-19-03088-R-MRW |
| Plaintiff(s), | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| HCI 333 EAST OCEAN OWNER LP, et al., | ) | |
| Defendant(s). | ) | |

The parties were ordered to show cause in writing no later than **September 30, 2019** why this action should not be dismissed or answer stricken for failure to comply with Court Order. On September 30, 2019, plaintiff filed a response to the Court's Order to Show Cause, stating that the parties settled the case, and anticipated a dismissal being filed in a week. Since then, no further action has been taken.

WHEREAS, no good cause has been shown, and the period has elapsed without any compliance to the Court's Order;

The Court hereby DISMISSES this instant action without prejudice.

Dated: November 4, 2019

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE